JUDGE JONES

**08 CV 5229**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o GREGORY P. MICHAEL

          Plaintiff

         -against-

M/V CIAO BELLA, her engines, boilers,
tackle, apparel, etc., *in rem*, and JACK
MARTINO, *in personam*,

         Defendants,
------------------------------------------------------X

2008 Civ.



**FRCP RULE 7.1 DISCLOSURE STATEMENT**

NOW comes plaintiff, ACE AMERICAN INSURANCE COMPANY a/s/o GREGORY P. MICHAEL, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ACE LIMITED is the publicly traded parent company of ACE AMERICAN INSURANCE COMPANY. GREGORY P. MICHAEL is an individual.

Dated: New York, New York
      June 6, 2008
      230-34

                            CASEY & BARNETT, LLC
                            Attorneys for Plaintiff

              By: _____
                          Gregory G. Barnett (GB-3751)
                          317 Madison Avenue, 21st Floor
                          New York, NY 10017
                          (212) 286-0225