UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
:                                    ORDER OF REFERENCE
Plaintiff,   Ace American Insurance Company     :    TO A MAGISTRATE JUDGE
:
:                                    08-5229      ( BSJ THK   )
-v-                                  :
:
:
Defendant.   M/V CIAO BELLA          :
:
:
:
x
------------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:* | ☐ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ Settlement* | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ☐ | Inquest After Default/Damages Hearing | | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated   June 12, 2008

SO ORDERED:

United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08