UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o GREGORY P. MICHAEL

          2008 Civ. 5229 (BSJ)

    Plaintiff

          **RETURN OF SERVICE**

    -against-

M/V CIAO BELLA, her engines, boilers,
tackle, apparel, etc., *in rem*, and JACK
MARTINO, *in personam*,

    Defendants,
-------------------------------------------------------X

    Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, the Affidavit of Service executed by Bruce Kustka declaring under penalty of perjury under the laws of the United States that he served a true copy of the Summons and Complaint for the above referenced civil action upon Defendant Jack Martino on July 15, 2008 by affixing copies to the door of his residence and placing them in regular first class mail.

Dated: New York, New York
      July 22, 2008
      230-34

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

               By: _____
                      Gregory G. Barnett (GGB-3751)
                      317 Madison Avenue, 21st Floor
                      New York, New York 10017
                      (212) 286-0225

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: CASEY & BARNETT, LLC - 306

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY A/S/O GREGORY P. MICHAEL<br>Plaintiff(s)<br>- against -<br>M/V CIAO BELLA, ETAL<br>Defendant(s) | Index #: 08 CV 5229 (JONES)<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 230-34 |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 15, 2008 at 08:03 PM at

36 SPINNAKER LANE
EAST PATCHOGUE, NY 11772

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JACK MARTINO, the defendant/respondent therein named,

**AFFIXING TO DOOR**    by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having called there on:

June 17, 2008  AT  7:51 AM          July 5, 2008  AT  3:06 PM
July 15, 2008  AT  8:03 PM

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

36 SPINNAKER LANE
EAST PATCHOGUE, NY 11772

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 16, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: July 16, 2008

| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **BRUCE KUSTKA**<br><br>Docket #: 567516 |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: CASEY & BARNETT, LLC - 306

ACE AMERICAN INSURANCE COMPANY A/S/O GREGORY P. MICHAEL

Plaintiff(s)

- against -

M/V CIAO BELLA, ETAL

Defendant(s)

Index #: 08 CV 5229 (JONES)

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 230-34

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 15, 2008 at 08:03 PM at

36 SPINNAKER LANE
EAST PATCHOGUE, NY 11772

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on JACK MARTINO, the defendant/respondent therein named,

**AFFIXING TO DOOR**  by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having called there on:

June 17, 2008  AT  7:51 AM          July 5, 2008  AT  3:06 PM
July 15, 2008  AT  8:03 PM

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

36 SPINNAKER LANE
EAST PATCHOGUE, NY 11772

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 16, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: July 16, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRUCE KUSTKA**

Docket #: 567516