20-Aug-2008 08:52 AM Casey & Barnett, LLC 212...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o GREGORY P. MICHAEL

         Plaintiff

         -against-

M/V CIAO BELLA, her engines, boilers,
tackle, apparel, etc., in rem, and JACK
MARTINO, in personam,

         Defendants,
------------------------------------------------X

2008 Civ. 5229 (BSJ) (THK)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the time in which JACK MARTINO may answer, appear or otherwise move with respect to the Complaint is hereby extended up to and including September 19, 2008.

Dated: New York, New York
      August 20, 2008
      230-34

Casey & Barnett, LLC
Attorneys for Plaintiff

By: _____
Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

International Marine Underwriters
Insurance Company for Defendant

By: _____
Vincent Corteselli
77 Water Street, 16th Floor
New York, NY 10005
(212) 440-6636

SO ORDERED:

_____
United States District Judge

8/21/08